LEONARD SARANDRIA, AN INFANT, *ETC.* v.
ABAR HOMES, INC.

October 3, 1972. Petition for certification denied.

ALEXANDER HALL v.
NEW JERSEY STATE PAROLE BOARD.

October 3, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH KIRKLAND.

October 3, 1972. Petition for certification denied.

IN THE MATTER OF EDWARD COBB.

October 3, 1972. Petition for certification denied.

BERNIE FELDMAN'S LIQUOR STORE, INC., *ET AL.* v.
MUNICIPAL COUNCIL OF THE CITY OF BAYONNE,
*ET AL.*

October 3, 1972. Petition for certification denied.

KAY R. WEENING v. OTTO WEENING.

October 11, 1972. Petition for certification granted.